# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JELENA ZURILO,

        Plaintiff,

v.

        Case No: 6:20-cv-387-Orl-40LRH

CHRISTIAN C. ROMANDETTI, PHILLIP J. KELLER, GARY AUGUSTA, DONALD A. BITTAR, JAMES RENNA, SHEILA H. SCHWEITZER, MARK BURNETT, JEFFREY MILLER, FRANK SARRO, ANTHONY VASSALLO, ELITE STOCK RESEARCH, INC. and FIRST CHOICE HEALTHCARE SOLUTIONS, INC.,

        Defendants.

## ORDER TO SHOW CAUSE

This case is before the Court upon review of the file. Plaintiff is hereby **ORDERED TO SHOW CAUSE** by a written response filed within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10(a), for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by the Court's Related Case Order and Track Two Notice. See footnotes 1 and 2 of Doc. 17. Failure to respond shall result in a dismissal of this action without further notice from the Court.

**DONE** and **ORDERED** in Orlando, Florida, on May 13, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party