UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JELENA ZURILO, derivatively on behalf of
FIRST CHOICE HEALTHCARE SOLUTIONS,
INC.,

    Plaintiff,

vs.                                              Case No. 6:20-cv-00387-PGB-LRH

CHRISTIAN C. ROMANDETTI, PHILLIP J.
KELLER, GARY AUGUSTA, DONALD A.
BITTAR, JAMES RENNA, SHEILA H.
SCHWEITZER, MARK BURNETT, JEFFREY
MILLER, FRANK SARRO, ANTHONY
VASSALLO, and ELITE STOCK RESEARCH,
INC.,

    Defendants,

    and

FIRST CHOICE HEALTHCARE SOLUTIONS,
INC.,

    Nominal Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Nominal Defendant First Choice Healthcare Solutions, Inc. ("First Choice"), Defendants Phillip J. Keller, Gary Augusta, Sheila H. Schweitzer, and James Renna (collectively with First Choice, the "FCHS Defendants"), and Plaintiff Jelena Zurilo (together with the FCHS Defendants, the "Parties"), by and through undersigned counsel, hereby notify the Court that they have reached an agreement-in-principle to resolve this matter.

53252870;1

On May 6, 2020, the Parties conducted a mediation with the aid of mediator Simone K. Lelchuk.  Although a settlement was not reached at mediation, the negotiations continued over the subsequent weeks.  The Parties have now reached an agreement-in-principle to fully, finally, and forever resolve this matter, subject to court approval.  The parties expect to have executed a formal stipulation of settlement within 30 days.

The Parties therefore respectfully request that the Court stay all pretrial proceedings and provide the Parties with 45 days to file a comprehensive written stipulation of settlement, together with a motion for preliminary approval thereof.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that counsel for First Choice and Mr. Keller conferred with counsel for Plaintiff and the remaining FCHS Defendants on May 27, 2020, and all agree to the relief sought herein.

DATED: May 27, 2020.

Respectfully submitted,

*/s/ Jose D. Sosa*
Jose. D. Sosa, Esq.
Florida Bar No. 150878
pepe@pepesosalaw.com
sosalaw@yahoo.com
**THE LAW OFFICE OF JOSE D. SOSA, P.C.**
1141 Via Jardin
Palm Beach Gardens, FL 33418
Tel: 561.670.8237

*/s/ Phillip Kim*
Phillip Kim, Esq.
Admitted *Pro Hac Vice*
pkim@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave., 40th Floor
New York, NY 10016
Tel: 212.686.1060
Fax: 212.202.3827

*/s/ Timothy Brown*
Timothy Brown, Esq.
Admitted *Pro Hac Vice*
tbrown@thebrownlawfirm.net
**THE BROWN LAW FIRM, P.C.**
240 Townsend Square
Oyster Bay, NY 11771
Tel: 516.922.5427
Fax: 516.344.6204

***Attorneys for Plaintiff***

*/s/ Brian P. Miller*
Brian P. Miller, Esq.
Florida Bar No. 0980633
Brian.Miller@akerman.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
Samantha.Kavanaugh@akerman.com
Ross E. Linzer, Esq.
Florida Bar No. 73094
Ross.Linzer@akerman.com
Jonathan D. Lamet, Esq.
Florida Bar No. 106059
Jonathan.Lamet@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, FL 33130
Tel: 305.374.5600
Fax: 305.374.5095

***Attorneys for Nominal Defendant First Choice Healthcare Solutions, Inc. and Defendant Phillip J. Keller***

*/s/ Rebecca K. Marine*
Rebecca K. Marine, Esq.
Florida Bar No. 1002503
Rebecca.Marine@lockelord.com
**LOCKE LORD LLP**
777 S. Flagler Dr.
West Palm Beach, FL
Tel: 561.820.7700
Fax: 561.655.8719

Paul E. Coggins, Esq.
Admitted *Pro Hac Vice*
pcoggins@lockelord.com
Brendan P. Gaffney, Esq.
Admitted *Pro Hac Vice*
bgaffney@lockelord.com
**LOCKE LORD LLP**
220 Ross Avenue, Suite 2800

Dallas, TX 75201
Tel: 214.740.8000
Fax: 214.740.8800

***Attorneys for Defendants Gary Augusta, James Renna, and Sheila H. Schweitzer***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2020, I filed the foregoing with the Court via CM/ECF, which will serve a true and correct copy of the foregoing via email service on counsel of record:

| | |
|---|---|
| Jose. D. Sosa, <br> THE LAW OFFICE OF JOSE D. SOSA, P.C. <br> 1141 Via Jardin <br> Palm Beach Gardens, FL 33418 <br> Tel: 561.670.8237 <br> pepe@pepesosalaw.com <br> sosalaw@yahoo.com | Rebecca K. Marine, Esq. <br> LOCKE LORD LLP <br> 777 S. Flagler Dr. <br> West Palm Beach, FL <br> Tel: 561.820.7700 <br> Fax: 561.655.8719 <br> Rebecca.Marine@lockelord.com |
| Laurence M. Rosen <br> Phillip Kim <br> THE ROSEN LAW FIRM, P.A. <br> 275 Madison Ave., 40th Floor <br> New York, NY 10016 <br> Tel: 212.686.1060 <br> Fax: 212.202.3827 <br> lrosen@rosenlegal.com <br> pkim@rosenlegal.com | Paul E. Coggins, Esq. <br> Brendan P. Gaffney, Esq. <br> LOCKE LORD LLP <br> 220 Ross Avenue, Suite 2800 <br> Dallas, TX 75201 <br> Tel: 214.740.8000 <br> Fax: 214.740.8800 <br> bgaffney@lockelord.com <br> pcoggins@lockelord.com |

Timothy Brown
THE BROWN LAW FIRM, P.C.
240 Townsend Square
Oyster Bay, NY 11771
Tel: 516.922.5427
Fax: 516.344.6204
tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff*

*Attorneys for Defendants Gary Augusta, James Renna, and Sheila H. Schweitzer*

53252870;1

53252870;1

53252870;1

          */s/ Brian P. Miller*
          Attorney

53252870;1