UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JELENA ZURILO, derivatively on behalf of
FIRST CHOICE HEALTHCARE SOLUTIONS,
INC.,

    Plaintiff,

vs.                                     Case No. 6:20-cv-00387-PGB-LRH

CHRISTIAN C. ROMANDETTI, PHILLIP J.
KELLER, GARY AUGUSTA, DONALD A.
BITTAR, JAMES RENNA, SHEILA H.
SCHWEITZER, MARK BURNETT, JEFFREY
MILLER, FRANK SARRO, ANTHONY
VASSALLO, and ELITE STOCK RESEARCH,
INC.,

    Defendants,

    and

FIRST CHOICE HEALTHCARE SOLUTIONS,
INC.,

    Nominal Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jelena Zurilo, Nominal Defendant First Choice Healthcare Solutions, Inc., and Defendants Christian C. Romandetti, Phillip J. Keller, Gary Augusta, James Renna, and Sheila H. Schweitzer, by and through undersigned counsel, hereby stipulate to the dismissal of this action in its entirety ***with prejudice*** in accordance with Federal Rule of Civil Procedure 41(a). Each party shall bear its own attorneys' fees and costs other than as ordered by the U.S. Bankruptcy Court for the Middle District of Florida.

DATED: December 18, 2020

Respectfully submitted,

/s/ *Jose D. Sosa*
Jose. D. Sosa, Esq.
Florida Bar No. 150878
pepe@pepesosalaw.com
sosalaw@yahoo.com
**THE LAW OFFICE OF JOSE D. SOSA, P.C.**
1141 Via Jardin
Palm Beach Gardens, FL 33418
Tel: 561.670.8237

Phillip Kim, Esq.
Admitted *Pro Hac Vice*
pkim@rosenlegal.com
Laurence Rosen, Esq.
Fla. Bar No. 0182877
lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave., 40th Floor
New York, NY 10016
Tel: 212.686.1060
Fax: 212.202.3827

/s/ *Brian P. Miller*
Brian P. Miller, Esq.
Florida Bar No. 0980633
Brian.Miller@akerman.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
Samantha.Kavanaugh@akerman.com
Ross E. Linzer, Esq.
Florida Bar No. 73094
Ross.Linzer@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, FL 33130
Tel: 305.374.5600
Fax: 305.374.5095

*Attorneys for Nominal Defendant First Choice Healthcare Solutions, Inc. and Defendant Phillip J. Keller*

| | |
|---|---|
| Timothy Brown, Esq.<br>Admitted *Pro Hac Vice*<br>tbrown@thebrownlawfirm.net<br>**THE BROWN LAW FIRM, P.C.**<br>240 Townsend Square<br>Oyster Bay, NY 11771<br>Tel: 516.922.5427<br>Fax: 516.344.6204<br><br>***Attorneys for Plaintiff*** | */s/ Rebecca K. Marine*<br>Rebecca K. Marine, Esq.<br>Florida Bar No. 1002503<br>Rebecca.Marine@lockelord.com<br>**LOCKE LORD LLP**<br>777 S. Flagler Dr.<br>West Palm Beach, FL<br>Tel: 561.820.7700<br>Fax: 561.655.8719<br><br>Paul E. Coggins, Esq.<br>Admitted *Pro Hac Vice*<br>pcoggins@lockelord.com<br>Brendan P. Gaffney, Esq.<br>Admitted *Pro Hac Vice*<br>bgaffney@lockelord.com<br>**LOCKE LORD LLP**<br>220 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Tel: 214.740.8000<br>Fax: 214.740.8800<br><br>***Attorneys for Defendants Gary Augusta, James Renna, and Sheila H. Schweitzer*** |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2020, I filed the foregoing with the Court via CM/ECF, which will serve a true and correct copy of the foregoing via email service on counsel of record:

Jose. D. Sosa, Esq.
THE LAW OFFICE OF JOSE D. SOSA, P.C.
1141 Via Jardin
Palm Beach Gardens, FL 33418
Tel: 561.670.8237
pepe@pepesosalaw.com
sosalaw@yahoo.com

Laurence M. Rosen, Esq.
Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Ave., 40th Floor
New York, NY 10016
Tel: 212.686.1060
Fax: 212.202.3827
lrosen@rosenlegal.com
pkim@rosenlegal.com

Timothy Brown, Esq.
THE BROWN LAW FIRM, P.C.
240 Townsend Square
Oyster Bay, NY 11771
Tel: 516.922.5427
Fax: 516.344.6204
tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff*

Rebecca K. Marine, Esq.
LOCKE LORD LLP
777 S. Flagler Dr.
West Palm Beach, FL
Tel: 561.820.7700
Fax: 561.655.8719
Rebecca.Marine@lockelord.com

Paul E. Coggins, Esq.
Brendan P. Gaffney, Esq.
LOCKE LORD LLP
220 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: 214.740.8000
Fax: 214.740.8800
bgaffney@lockelord.com
pcoggins@lockelord.com

*Attorneys for Defendants Gary Augusta, James Renna, and Sheila H. Schweitzer*

 

                      */s/ Brian P. Miller*
                        Attorney